UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*In re Subpoena Issued to:*

CENTRAL INTELLIGENCE AGENCY,
c/o U.S. Attorney's Office, Civil Division
601 D Street, NW
Washington, DC 20530,

*In the Matter of:*

JOSHUA JAMES,

        Plaintiff,

   v.

GRACE PONTOPPIDAN,

        Defendant.

Case: 1:26-mc-00105
Assigned To : Friedrich, Dabney L.
Assign. Date : 7/16/2026
Description: Misc.

*on removal from*
2026-CAB-004355
(D.C. Super. Ct.)

## NOTICE OF REMOVAL OF SUBPOENA MATTER

Pursuant to 28 U.S.C. § 1442(a)(1), the Central Intelligence Agency ("Agency"), by and through undersigned counsel, hereby files this Notice of Removal ("Notice"). In support of this Notice, the Agency states as follows.

1.    The Agency is in receipt of a subpoena in the civil action captioned, *Joshua James v. Grace Pontoppidan*, No. 2026-CAB-004355 (D.C. Super. Ct.), filed in the Superior Court for the District of Columbia, Civil Division (the "Underlying Case").

2.    The Agency received the subpoena on or about July 2, 2026. A copy of the subpoena is attached hereto as Exhibit A.

3.    The Agency is part of the U.S. Government. Removal of this matter is, therefore, authorized pursuant to 28 U.S.C. § 1442(a)(1). *See Brown & Williamson Tobacco Corp. v. Williams*, 62 F.3d 408, 415 (D.C. Cir. 1995) (removal of subpoena matters are appropriate under

RECEIVED

JUL 1 6 2026

Clerk, U.S. District & Bankruptcy

28 U.S.C. § 1442); *Houston Bus. J., Inc. v. Off. of Comptroller of Currency*, 86 F.3d 1208, 1211 (D.C. Cir. 1996) (quashing state court subpoena on removal to federal court as barred by sovereign immunity).

4.    A notice of filing of this Notice of Removal will be filed in the Superior Court of the District of Columbia.

WHEREFORE, the subpoena described above now pending in the Superior Court of the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446.

Dated: July 16, 2026
      Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

PETER PFAFFENROTH,
Chief, Civil Division

By: _____ */s/ Kenneth Adebonojo* _____
      KENNETH ADEBONOJO
      Assistant United States Attorney
      601 D Street, NW
      Washington, DC 20530
      (202) 252-2500 (main)

*Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16ᵗʰ of July 2026, I served a copy of the foregoing by First-

Class mail postage pre-paid to:

Joshua James
2322 Central Park Ave
Evanston, IL 60201

/s/ Kenneth Adebonojo

KENNETH ADEBONOJO
Assistant United States Attorney
Civil Division, U.S. Attorney's Office for D.C.