## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA CIVIL DIVISION

## AFFIRMATION OF NONINTERFERENCE WITH BODILY AUTONOMY (Pursuant to D.C. Code § 13-449 and D.C. SCR-Civil Rule 28-I(b)(2))

I, Joshua James, the undersigned, am the party seeking issuance of a D.C. subpoena based upon a foreign subpoena.

Pursuant to D.C. Code § 13-449 and D.C. Superior Court Rule of Civil Procedure 28-I(b)(2), I hereby swear and affirm under penalty of perjury that no portion of the attached foreign subpoena is intended or anticipated to further any investigation or proceeding that interferes with the right of bodily autonomy as defined under section 101(a) of the Human Rights Sanctuary Amendment Act of 2022 (D.C. Code § 2-1461.01(a)).

I declare under penalty of perjury under the laws of the District of Columbia that the foregoing is true and correct.

Executed on this day June 16 2026.

**/s/ Joshua James**, Plaintiff Pro Se | 224-999-5692 | jjame21@uis.edu

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, G

For updated information about your case, including hearings, subsequent filings
and other case information, please visit our Online Case Search
and search for your case: https://casesearch.cookcountyclerkofcourt.org

FILED
6/15/2026 12:00 AM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025L062088

FILED DATE  6/15/2026 12:00 AM  2025L062088

**Subpoena in a Civil Matter (For Testimony and/or Documents)**         (12/01/24) CCG 0106 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Joshua James
_____

Plaintiff/Petitioner

v.                                        Case No. ___2025L062088___

Grace Pontoppidan
_____

Defendant/Respondent

### SUBPOENA IN A CIVIL MATTER
### (For Testimony and/or Documents)

To:    Central Intelligence Agency
       Office of General Counsel
       Washington, DC 20505

1.    YOU ARE COMMANDED to appear to give your testimony before the

      Honorable _____ in Room _____

      _____, Illinois on _____

      at _____  • AM   · PM

2.    YOU ARE COMMANDED to appear and give your deposition testimony before a Notary Public

      at: _____ in Room _____

      _____, Illinois on _____

      at _____  : AM  · PM

3.    YOU ARE COMMANDED to mail the following documents in your possession or control

      to __Joshua James_____ at __2322 Central Park Ave in Evanston, Il 60201__

      on or before __7/20/26__ at _____8____ • AM   PM
      (THIS IS FOR RECORDS ONLY. THERE WILL BE NO ORAL INTERROGATORIES.):

      Ranges of dates for intelligence operations involving Joshua James the plaintiff in this matter and any
      information related to Freedom of Information Act Requests including Reference: P-2026-00524

      ☐ Description continued on attached page(s).

**Your failure to respond to this subpoena will subject you to punishment for contempt of this Court.**

Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 1 of 2

JUL - 2 2026

US Attorney's Office DC

**Subpoena in a Civil Matter (For Testimony and/or Documents)**                    (12/01/24) CCG 0106 B

Notice to Deponent:

1. ✔ The deponent is a public or private corporation, partnership, association, or governmental agency. The matter(s) on which examination is requested are as follows:
    - Date ranges of intelligence operations involving or referencing plaintiff Joshua James.
    - Information requested in the prior submitted FOIA request with reference identifier P-2026-00524

   _ Description continued on attached page(s).
     (A nonparty organization has a duty to designate one or more officers, directors, or managing agents, or other persons to testify on its behalf, and may set forth, for each person designated, the matters on which that person will testify. Ill. Sup. Ct. Rule 206.)

2. The deponent's testimony will be recorded by use of an audio-visual recording device, operated

   by _____ .
   (Name of Recording Device Operator)

3. No discovery deposition of any party or witnesses shall exceed three hours regardless of the number of parties involved in the case, except by stipulation of the parties or by order upon showing that good cause warrants a lengthier examination. Ill. Sup. Ct. Rule 206(d).

Atty. No.: _____
• Pro Se 99500

Name: Joshua James

Atty. for (if applicable):

_____

Address: 2322 Central Park Ave

City: Evanston

State: Il.   Zip: 60201

Telephone: 224-999-5692

Primary Email: jjame21@uis.edu

6/15/2026 12:00 AM Mariyana T. Spyropoulos

Issued by: /s/_____
                              Signature
              Attorney   • Clerk of Court

Date: _____6/14/26_____

I served this subpoena by mailing a copy, as required by Ill. Sup. Ct. Rules 11, 12 and 204(a) (2),

to _____ by certified mail, return receipt requested

(Receipt # _____) on _____ . I paid the witness $ _____ for witness and mileage fees.

I served this subpoena by handing a copy to _____

on _____ . I paid the witness $ _____ for witness and mileage fees.

/s/ _____        _____
        (Signature of Server)                                              (Print Name)

**Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org